# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

KIM PAVLAK                                                PLAINTIFF

VS.                                2:08CV00104JMM

HELENA REGIONAL MEDICAL CENTER                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 11th day of January, 2010.

_____
James M. Moody
United States District Court