## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**KIM PAVLAK**                                                                                          **PLAINTIFF**

**VS.**                                               **2:08CV00104JMM**

**HELENA REGIONAL MEDICAL CENTER**                                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 11th day of January, 2010.

                                                                                                *[signature]*
                                                                                                James M. Moody
                                                                                                United States District Court